614

396 A.2d 826

Commonwealth v. Oswalt, Appellant.

Argued October 23, 1978. Paul S. Foreman and Norman D. Callan, for appellant; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed; petition for reargument denied December 29, 1978.